UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marcus D. Mays,

    Plaintiff,

v.

Doug Gill, et al.

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 2:11-cv-222

## JUDGMENT

This matter was tried to the Court without a jury. In accordance with the Court's findings of fact and conclusions of law stated on the record on April 9, 2014,

**IT IS HEREBY ORDERED AND ADJUDGED** that a judgment of "no cause" enters in favor of defendants and against plaintiff.

Date: April 10, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge